FILED

08/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0266

IN THE MATTER OF

K.P. and K.P.,

    Youths in Need of Care.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Counsel for Appellant has asked for a 30-day extension to file the Opening Brief, which is presently due on August 23, 2023. Good cause appearing therefore,

Appellant, S.G., is granted an extension of time until September 22, 2023 to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 10 2023